**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 7:13-CR-13 (HL) |
| v. | : |
| **MICHAEL DAWES HALL** | : |

## FINAL ORDER OF FORFEITURE

On August 2, 2013, pursuant to 21 U.S.C. ' 853(n), as incorporated by Title 18, United States Code, Section 2253, and Federal Rule of Criminal Procedure 32.2(b), this Court entered a Preliminary Order of Forfeiture against Defendant Michael Dawes Hall.

Pending now before the Court is the Motion of the United States for Issuance of a Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. This Court has jurisdiction of this matter pursuant to 18 U.S.C. ' 3231, and venue is proper pursuant to 18 U.S.C. ' 3232 and FED. R. CRIM. P. 18.

2. The United States has furnished due and legal notice of these proceedings as required by law by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3. The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, *www.forfeiture.gov*, whichever is earlier, must

petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. ' 853(n), as incorporated by 18 U.S.C. ' 2253.

4. No other persons or entities filed third-party petitions asserting claims or interests in the property subject to forfeiture, and the time for filing such petitions has now expired.

THEREFORE IT IS HEREBY ORDERED THAT:

1. The Court=s August 2, 2013, Preliminary Order of Forfeiture is final and all right, title, and interest in the following described property is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law:

    (a) Any visual depictions of minors engaged in sexually explicit conduct, including but not limited to those visual depictions referred to in Count One of the Information;

    (b) One Gateway laptop computer, Serial Number T3564G1002161; and

    (c) One Dell laptop computer, Product Key Number WYB9Q-GYQFQ-GYHBY-8BMFP-CKVT3 and Service Tag Number G851W61.

2. The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, this <u>31st</u> day of <u>October</u>, 2013.

<u>s/Hugh Lawson</u>
HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT


PREPARED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY


s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.   052683